UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMARR RENE BOBBY NELSON,<br><br>      Plaintiff,<br><br>v.<br><br>KYLIE GRACE STARR et al.,<br><br>      Defendants. | Case No. 2:25-cv-01407-SB-SHK<br><br>ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY THE FILING FEE |

      Plaintiff Lamarr Rene Bobby Nelson, proceeding pro se, filed a complaint on February 18, 2025, without paying the required filing fee or submitting a request to proceed in forma pauperis (IFP).  Dkt. No. 1.  On February 20, 2025, the clerk's office notified Plaintiff of the deficiency, provided an IFP form application (CV-60P), directed Plaintiff to either pay the filing fee or submit an IFP request within 30 days, and noted that failure to do so within 30 days may result in dismissal.  Dkt. No. 2.  The deadline has passed, and Plaintiff has not paid the fee or filed an IFP request.  By no later than May 9, 2025, Plaintiff is ordered to either pay the filing fee or file form CV-60P requesting to proceed IFP.  Failure to do so will result in the dismissal of this case without prejudice.

Date: April 14, 2025

                                               Stanley Blumenfeld, Jr.
                                           United States District Judge