JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMARR RENE BOBBY NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>KYLIE GRACE STARR et al.,<br><br>    Defendants. | Case No. 2:25-cv-01407-SB-SHK<br><br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order screening Plaintiff's complaint under 28 U.S.C. § 1915 entered on May 1, 2025, this action is dismissed as frivolous and for failure to state a claim.

    This is a final judgment.

Date: May 8, 2025

                                           Stanley Blumenfeld, Jr.
                                           United States District Judge